# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RAYMOND A. CRAWFORD AND
ALICE CRAWFORD

VERSUS

WILLIAM KARL ORDOYNE, JR.,
M.D. AND LALLIE KEMP
REGIONAL MEDICAL CENTER,
THROUGH THE STATE OF
LOUISIANA, LSU HEALTH CARE
SERVICE DIVISION

NO.   2022 CW 1219

**FEBRUARY 1, 2023**

---

In Re:   William   Karl   Ordoyne,   Jr.,   M.D.,   applying   for
supervisory   writs,   21st   Judicial   District   Court,
Parish of Tangipahoa, No. 201501050.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

**EW**
**SMM**

**Guidry, C.J.,** dissents. Based on the evidence of Judge Charlotte Foster's relationship to plaintiffs' expert, Dr. Everett Bonner, I would grant the writ application, reverse the trial court's judgment denying the defendants' motion to recuse Judge Foster, and grant the motion to recuse. La. Code Civ. P. art. 151(B).

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

DEPUTY CLERK OF COURT
FOR THE COURT